**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,  )<br>           Plaintiff,  )<br>vs.  )<br>  )<br>JOLENE CORDERO,  )<br>           Defendant.  )<br>_____ ) | 05-04330M-001-PCT-MEA<br><br>**ORDER** |

The defendant appeared in court with counsel for defendant's supervised release probable cause hearing and detention hearing. The Court finds probable cause to believe the defendant violated the terms of her supervised release as alleged in the petition to revoke.

IT IS ORDERED that the defendant is detained as flight risk and danger, pending further revocation proceedings. Pursuant to Rule 32.1(a)(6) defendant has failed to show she is not a flight risk or a danger.

DATED this 6th day of August, 2007.

_____
Mark E. Aspey
United States Magistrate Judge